UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARK A. COTTONHAM,

      Plaintiff,

    v.

G. HORIUCHI, California Department of Corrections Adult Parole Agent,

      Defendant.
_____/

No. C-13-2225 EMC (pr)

**ORDER OF DISMISSAL**

Mark A. Cottonham, a California parolee, filed ths *pro se* civil rights action under 42 U.S.C. § 1983. Pursuant to 28 U.S.C. § 1915A, the Court reviewed the complaint, and determined that the complaint failed to state a claim upon which relief could be granted. The Court dismissed the complaint with leave to amend no later than November 15, 2013. The deadline for Plaintiff to file an amended complaint has long passed, and he has not filed an amended complaint. Accordingly, this action is dismissed for failure to state a claim upon which relief may be granted.

    IT IS SO ORDERED.

Dated: December 17, 2013

                                                    _____
                                                    EDWARD M. CHEN
                                                    United States District Judge

United States District Court
For the Northern District of California